**Order filed August 20, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00269-CV
_____

### SONYA CHANDLER-ANDERSON, Appellant

### V.

### CHERYRL BEAUSOLEIL AND SUPERIOR GERIATRIC SERVICES, Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2010-16868**

## ORDER

This court issued its opinion and judgment in this case on July 18, 2013. Texas Rule of Appellate Procedure 49.1 provides for the filing of a motion for rehearing within fifteen days after a court of appeals' judgment or order is rendered. Tex. R. App. Proc. 49.1. Appellant filed a motion for rehearing on August 15, 2013, more than 15 days after this court's judgment was rendered.

"A court of appeals may extend the time for filing a motion for rehearing or en banc reconsideration if a party files a motion complying with Rule 10.5(b) no

later than 15 days after the last date for filing the motion." Tex. R. App. P. 49.8. A party seeking an extension of time in the court of appeals is required to file a motion specifically stating the facts that reasonably explain the need for an extension. *Rios v. Calhoon*, 889 S.W.2d 257, 259 (Tex. 1994); *see also* Tex. R. App. P. 10.5(b)(1)(C) (requiring motion to extend time to include facts relied on to reasonably explain the need for an extension). No motion for extension of time was filed in this case, however.

Accordingly, unless appellant files with the clerk of this court a motion that complies with Texas Rule of Appellate Procedure 10.5(b)(1) and provides a reasonable explanation for the late filing of the party's motion for rehearing within **10 days** of the date of this order, the court will deny the motion for rehearing as untimely.

PER CURIAM